THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
       *v.* CHARLES F. AMES, Appellant.

*People* v. *Ames*, 172 App. Div. 962, affirmed.
(Argued April 30, 1917; decided May 15, 1917.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 4, 1916, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of practicing medicine without a license.

*Alexander S. Drescher* and *Noah Seedman* for appellant.

*Harry E. Lewis, District Attorney* (*Harry G. Anderson* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: COLLIN, J.